UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RON REEVES,

    Plaintiff,

-v-

HEARST CORPORATION and
TOURNEAU, INC.

    Defendants.

No. 07 CV 3771 (PKC)

**STIPULATION**

---

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between counsel for the undersigned parties, that the time for defendants to appear, answer, move against or otherwise respond to the summons and complaint is extended to, and includes, July 6, 2007.

Dated: June 8, 2007

THE HEARST CORPORATION

By: _____
Christopher A. Fraser
Jonathan R. Donnellan
Office of the General Counsel
300 West 57 Street, 40th Floor
New York, New York 10019
(212) 649-2000

*Attorneys for Defendant*
*The Hearst Corporation*

TOURNEAU, INC.

By: _____
Stuart Fisher
Tourneau, LLC
3 East 54th Street
New York, NY 10022

*Attorney for Defendant*
*Tourneau, Inc.*

RUSSO & BURKE

By: _____
Joel L. Hecker (JH 0842)
600 Third Avenue
New York, NY 10016
(212) 557-9600

*Attorney for Plaintiff*


SO ORDERED

_____
Hon. P. Kevin Castel
United States District Judge