UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RON REEVES,<br><br>       Plaintiff,<br><br>-v-<br><br>HEARST CORPORATION and<br>TOURNEAU, INC.,<br><br>       Defendants. | No. 07 CV 3771 (PKC)<br><br>(**ECF CASE**)<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Hearst Corporation states that it is not owned by a parent corporation, nor does any publicly held corporation own 10% or more its stock.

Dated: New York, New York
       July 6, 2007

                                              Respectfully submitted,

                                              s/ Jonathan R. Donnellan
                                              Jonathan R. Donnellan (JD9631)
                                              Trina R. Hunn (TH3848)
                                              THE HEARST CORPORATION
                                              Office of General Counsel
                                              300 West 57th Street, 40th Floor
                                              New York, New York 10019
                                              (212) 649-2051

                                              *Attorneys for Defendant*
                                                *The Hearst Corporation*